1  MELINDA L. HAAG, CSBN 132612
2  United States Attorney
   DONNA L. CALVERT, SBN IL 6191786
3  Acting Regional Chief Counsel, Region IX
   Social Security Administration
4  DANIEL P. TALBERT, SBN OH 0084088
5  Special Assistant United States Attorney
       160 Spear Street, Suite 800
6      San Francisco, California 94105
       Telephone:  (415) 977-8926
7      Facsimile:  (415) 977-8873
       E-Mail: Daniel.Talbert@ssa.gov
8

9  Attorneys for Defendant

10              UNITED STATES DISTRICT COURT
            NORTHERN DISTRICT OF CALIFORNIA
11

12 MANUEL PEREZ ALFARO,          )   CIVIL ACTION NO. 12-01999-EMC
          Plaintiff,              )
13                                )
       v.                         )   STIPULATION AND PROPOSED ORDER
14                                )   FOR REMAND PURSUANT TO SENTENCE
   MICHAEL J. ASTRUE,             )   FOUR OF 42 U.S.C. § 405(g), AND REQUEST
15 Commissioner of Social Security, )   FOR JUDGMENT IN FAVOR OF
16        Defendant.              )   PLAINTIFF AND AGAINST DEFENDANT
                                  )
17 ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾)

18        IT IS HEREBY STIPULATED, by and between the parties, through their respective

19 counsel of record, that this action be remanded to the Commissioner of Social Security for further

20 administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42

21 U.S.C. § 405(g), sentence four.

22        Upon remand from the Court, the Appeals Council will remand the case to an

23 Administrative Law Judge (ALJ) for a new hearing and a new decision.  The Appeals Council

24 will direct the ALJ to (1) update the treatment evidence on Plaintiff's medical condition; (2)

25 further consider whether Plaintiff is "Spanish speaking only" or is able to communicate in

   English, citing to substantial evidence of record; (3) expressly evaluate the treating, examining,
26
   and non-examining medical source opinions in the updated record and explain the reasons for the
27
   weight he gives to this opinion evidence; (4) further consider Plaintiff's residual functional
28
   capacity on the updated record, citing specific evidence in support of the assessed limitations; (5)

                                      1

further consider whether Plaintiff has past relevant work he could perform with the limitations established by the evidence; (6) secure supplemental evidence from a vocational expert to clarify the effect of the assessed limitations on Plaintiff's occupational base; and (7) consolidate and consider together Plaintiff's subsequent application for concurrent benefits filed on August 10, 2012, currently pending at the initial level.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, Commissioner of Social Security, reversing the final decision of the Commissioner.

Respectfully submitted,

Dated: September 27, 2012        */s/ Tom Weathered*
                                 (as authorized via e-mail)
                                 TOM WEATHERED
                                 Attorney for Plaintiff

                                 MELINDA L. HAAG
                                 United States Attorney

Dated: September 27, 2012        By *s/ Daniel P. Talbert*
                                 DANIEL P. TALBERT
                                 Special Assistant U.S. Attorney

                                 Attorneys for Defendant

                                 ORDER

APPROVED AND SO ORDERED:

DATED:_____ September 28, 2012        _____



EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE

2