| | |
|---|---|
| 1 | MELINDA L. HAAG, CSBN 132612 |
| 2 | United States Attorney |
|   | DONNA L. CALVERT, SBN IL 6191786 |
| 3 | Acting Regional Chief Counsel, Region IX |
|   | Social Security Administration |
| 4 | DANIEL P. TALBERT, SBN OH 0084088 |
| 5 | Special Assistant United States Attorney |

      160 Spear Street, Suite 800
      San Francisco, California 94105
      Telephone: (415) 977-8926
      Facsimile: (415) 977-8873
      E-Mail: Daniel.Talbert@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL PEREZ ALFARO, ) | CIVIL ACTION NO. 12-01999-EMC |
|    Plaintiff, ) | |
| ) | |
|    v. ) | STIPULATION AND PROPOSED ORDER |
| ) | FOR REMAND PURSUANT TO SENTENCE |
| MICHAEL J. ASTRUE, ) | FOUR OF 42 U.S.C. § 405(g), AND REQUEST |
| Commissioner of Social Security, ) | FOR JUDGMENT IN FAVOR OF |
|    Defendant. ) | PLAINTIFF AND AGAINST DEFENDANT |
| ) | |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that this action be remanded to the Commissioner of Social Security for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. § 405(g), sentence four.

    Upon remand from the Court, the Appeals Council will remand the case to an Administrative Law Judge (ALJ) for a new hearing and a new decision. The Appeals Council will direct the ALJ to (1) update the treatment evidence on Plaintiff's medical condition; (2) further consider whether Plaintiff is "Spanish speaking only" or is able to communicate in English, citing to substantial evidence of record; (3) expressly evaluate the treating, examining, and non-examining medical source opinions in the updated record and explain the reasons for the weight he gives to this opinion evidence; (4) further consider Plaintiff's residual functional capacity on the updated record, citing specific evidence in support of the assessed limitations; (5)

further consider whether Plaintiff has past relevant work he could perform with the limitations established by the evidence; (6) secure supplemental evidence from a vocational expert to clarify the effect of the assessed limitations on Plaintiff's occupational base; and (7) consolidate and consider together Plaintiff's subsequent application for concurrent benefits filed on August 10, 2012, currently pending at the initial level.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, Commissioner of Social Security, reversing the final decision of the Commissioner.

Respectfully submitted,

Dated: September 27, 2012   /s/ Tom Weathered
(as authorized via e-mail)
TOM WEATHERED
Attorney for Plaintiff

MELINDA L. HAAG
United States Attorney

Dated: September 27, 2012   By s/ Daniel P. Talbert
DANIEL P. TALBERT
Special Assistant U.S. Attorney

Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED:

DATED: September 28, 2012

_____
EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Edward M. Chen

2